HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14-244 JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO NOVEMBER 4, 2014, AT 9:30 A.M. |
| v. | |
| HORACIO SIERRA CAMPOS, | Date:   October 21, 2014 |
| Defendant. | Time:   9:30 a.m.<br>Judge:  Hon. John A. Mendez |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for October 21, 2014, at 9:30 a.m., to November 4, 2014, at 9:30 a.m.

Defense counsel requires the continuance to consult with his client about discovery, and to conduct investigation. Defense counsel also anticipates the government will soon produce further discover relevant to the proceeding.

Counsel and the defendant agree that the Court should exclude the time from today through November 4, 2014, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

/ / /

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: October 20, 2014	HEATHER E. WILLIAMS
	Federal Defender

	/s/ M.Petrik
	MICHAEL PETRIK, Jr.
	Assistant Federal Defender

DATED: October 20, 2014	BENJAMIN B. WAGNER
	United States Attorney

	/s/ M.Petrik for
	CHRISTIAAN H. HIGHSMITH
	Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for November 4, 2014, at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including November 4, 2014, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

DATED: 10/20/ 2014

	/s/ John A. Mendez
	HON. JOHN A. MENDEZ
	United States District Court Judge