HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 14-244 JAM |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO DECEMBER 2, 2014, AT 9:30 A.M. |
| v. | ) ) | |
| HORACIO SIERRA CAMPOS, | ) ) | Date: November 4, 2014 Time: 9:30 a.m. |
| Defendant. | ) ) | Judge: Hon. John A. Mendez |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for November 4, 2014, at 9:30 a.m., to December 2, 2014, at 9:30 a.m.

Defense counsel requires the continuance to consult with Mr. Campos about discovery, and to conduct investigation. Defense counsel also requires the continuance to review a proposed plea agreement with Mr. Campos.

Counsel and the defendant agree that the Court should exclude the time from today through December 2, 2014, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

/ / /

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: October 29, 2014						HEATHER E. WILLIAMS
								Federal Defender

								/s/ M.Petrik
								MICHAEL PETRIK, Jr.
								Assistant Federal Defender

DATED: October 29, 2014						BENJAMIN B. WAGNER
								United States Attorney

								/s/ M.Petrik for
								CHRISTIAAN H. HIGHSMITH
								Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for December 2, 2014, at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including December 2, 2014, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

DATED: 10/29/2014

								/s/ John A. Mendez
								HON. JOHN A. MENDEZ
								United States District Court Judge